**BRAMNICK, RODRIGUEZ, MITTERHOFF,**
**GRABAS & WOODRUFF, LLC**
**ATTORNEYS AT LAW**
1827 East Second Street
Scotch Plains, NJ  07076
Tel.: (908) 322-7000
Fax: (908) 322-6997
**Attorneys for Plaintiffs, Jacqueline E. Sherman and**
**Robert Sherman, her husband**

SO ORDERED: *Peter Sheridan* (signature)
DATED: 1/13/09

---

| | |
|---|---|
| JACQUELINE E. SHERMAN and ROBERT SHERMAN, her husband, | UNITED STATES DISTRICT COURT DISTRICT OF NEW JERSEY DOCKET NO. 2:08-cv-1075-PGS-ES |
| Plaintiff(s), | |
| vs. | CIVIL ACTION |
| TYRA BANKS SHOW, CHELSEA STUDIOS, WARNER BROS. ENTERTAINMENT, JOHN DOE and ABC CORP. (fictitiously named), | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| Defendant(s). | |

---

THIS MATTER in difference in the above-entitled action having been amicably adjusted by and between the parties, it is hereby stipulated and agreed that the same be and it is hereby dismissed without costs against either party with prejudice.

Dated:  December 2, 2008


BRAMNICK, RODRIGUEZ, MITTERHOFF,
GRABAS & WOODRUFF, L.L.C.
Attorneys for Plaintiff Jacqueline Sherman and Robert Sherman

By: *(signature)* Stephanie Ann Mitterhoff, Esq.

Attorney for Defendants Tyra Banks Show, Chelsea Studios Warner Brothers Entertainment, Inc.

By: _____
    Pauline Tutelo, Esq.